THE PEOPLE *ex rel.* EMANUEL WADE, Relator-Appellant, *v.* JOHN J. TWOMEY, Warden, Illinois State Penitentiary at Joliet, Respondent-Appellee.

(No. 58744;

First District (5th Division)—August 24, 1973.

PER CURIAM.
ENGLISH, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Alan David Eckstein, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for appellee.